IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NANCY MILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RANDALL DEAN LIVINGSTON and ) | |
| KENNETH LIVINGSTON TRUCK, INC., ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:22-CV-0044-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** with prejudice.

SIGNED this 23 day of May, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEBORAH BOWMAN, *As Administrator of the Estate of DeWayne Bowman, Deceased*,<br><br>Plaintiff,<br><br>v.<br><br>GRAND PRAIRIE, TEXAS, OFFICER J.C. McGOWAN, and JOHN DOE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:22-CV-0098-C |

### ORDER

The Court, having considered Defendants' Unopposed Motion for Extension of Time to File Motion for Summary Judgment, filed May 19, 2022, is of the opinion that the same should be **GRANTED**. Accordingly, Defendants' deadline in which to file a motion for summary judgment based on the issue of qualified immunity is hereby **EXTENDED** to July 18, 2022.

SO ORDERED.

Dated May 23, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE